IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DELAIN DEATHERAGE )
) No. 3-12-0187
v. )
)
HUGHES & COLEMAN, PLLC )

O R D E R

Pursuant to the order entered January 3, 2013 (Docket Entry No. 19), counsel for the parties called the Court on February 5, 2013, at which time the following matters were addressed:

1. Plaintiff's counsel agreed to and the plaintiff is directed to supplement her responses to written discovery propounded by the defendant, by February 19, 2013, to include an attestation that the plaintiff has been unable to locate a tape recording that had apparently been the subject of the defendant's discovery requests and to include documents reflecting her 2012 income, including but not necessarily limited to IRS form 1099s and IOLTA checks.

2. Defendant's counsel sought the return of or inspection of a computer in the plaintiff's possession that he had just learned prior to the deposition of Jay Hughes on January 23, 2013, had been purchased by and belonged to the defendant, an assertion the plaintiff disputes. No definitive resolution of this issue was reached.

3. Although defendant's counsel raised the possibility of the parties' engaging in ADR after the defendant had filed a motion for summary judgment and the plaintiff had responded, plaintiff's counsel was not willing to voluntarily agree to any form of ADR.

4. Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, March 20, 2013, at 9:00 a.m.,** to be initiated by defendant's counsel, to re-visit whether the parties are interested in participating in ADR, after having the opportunity to review their respective positions on summary judgment, and to address any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge