IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELAIN DEATHERAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:12-CV-0187 |
| | ) |
| HUGHES AND COLEMAN, PLLC, | ) |
| | ) |
| Defendant. | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

By agreement of the parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), plaintiff dismisses all claims in this case, with prejudice. Except as set out in the Settlement Agreement and General Release entered between the parties, each party shall bear its own costs, including attorney's fees, and no discretionary costs shall be awarded.

Respectfully submitted,

/s/ Stephen W. Grace
Stephen W. Grace (TN No. 14867)
1019 16th Avenue, South
Nashville, Tennessee 37212
(615) 255-5225
Attorney for Plaintiff

/s/ Phillip C. Eschels
Phillip C. Eschels (admitted *pro hac* vice)
Benjamin J. Lewis (admitted *pro hac* vice)
Blaine R. Blood (admitted *pro hac* vice)
Bingham Greenebaum Doll LLP
101 South Fifth Street, Suite 3500
Louisville, Kentucky 40202
(502) 589-4200

<pre>
                                      H. Buckley Cole, TN No. 11811
                                      Hall Booth Smith & Slover, P.C.
                                      611 Commerce Street, Suite 3000
                                      Nashville, Tennessee 37203
                                      (615) 313-9911
                                      Attorneys for Defendant
</pre>

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Stipulation of Dismissal was filed electronically on this 19th day of July, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including Phillip C. Eschels, Esq., Benjamin J. Lewis, Esq., Blaine R. Blood, Esq., Bingham Greenebaum Doll LLP, 101 South Fifth Street, Suite 3500, Louisville, Kentucky 40202 and to H. Buckley Cole, Esq., Hall Booth Smith & Slover, P.C., 611 Commerce Street, Suite 3000, Nashville, Tennessee 37203. Any parties not indicated on the electronic filing receipt will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

<pre>
                                      /s/ Stephen W. Grace_____
                                      Stephen W. Grace
</pre>