IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DELAIN DEATHERAGE )
) No. 3-12-0187
v. )
)
HUGHES & COLEMAN, PLLC )

O R D E R

On July 19, 2013, the parties filed an agreed stipulation of dismissal with prejudice (Docket Entry No. 56).

As a result, the defendant's motion for summary judgment (Docket Entry No. 24) and motion for oral argument (Docket Entry No. 36), and the defendant's motions in limine (Docket Entry Nos. 47, 48, and 49) are rendered MOOT, and the Clerk is directed to terminate those motions as pending.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.[1]

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered June 4, 2013 (Docket Entry No. 55), the pretrial conference and trial were rescheduled to October 18, 2013, and October 29, 2013, respectively.